UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR LOPEZ PEREZ,<br>Petitioner,<br>- against -<br>KENNETH GENALO, *et al.*,<br>Respondents. | **No. 26 Civ. 5107 (JLR)**<br><br>**STIPULATION AND ORDER OF TRANSFER OF VENUE** |

WHEREAS, petitioner Victor Lopez Perez brought this habeas action under 28 U.S.C. § 2241 on June 17, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that he be released from custody; and

WHEREAS, the petitioner filed his habeas petition while he was detained at Delaney Hall Detention Facility in Newark, New Jersey, which is located within the District of New Jersey; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the District of New Jersey, and that the seven-day waiting period in Local Civil Rule 83.1 is waived. The parties further agree to the continued imposition of the Court's restriction on transfer pending further order of the transferee court.

New York, New York
June 23, 2026

NEW YORK LEGAL
ASSISTANCE GROUP
*Attorney for Petitioner*

Melissa Lim Chua, Esq.
Lauren M. Reiff, Esq.
100 Pearl Street, 19th Floor
New York, New York 10004
Tel. (212) 613-6547/7332

New York, New York
June 23, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743

SO ORDERED.

HON. JENNIFER L. ROCHON
United States District Judge

Dated: June 24, 2026